# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

May 5, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333  Constitution Avenue, NW
Washington, DC  20001

      Re:  Kingdom of Spain
          v. Blasket Renewable Investments LLC, et al.
          No. 24-1130
          (Your No. 23-7038, 23-7031, 23-7032)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 1, 2025 and placed on the docket May 5, 2025 as No. 24-1130.

Sincerely,

**Scott S. Harris**, Clerk

by

Pipa Fisher
Case Analyst